UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DRAPER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  1:06-cv-00808-RLY-WTL |
| ) | |
| DA-LITE SCREEN COMPANY and ) | |
| STEWART FILMSCREEN CORPORATION ) | |
| ) | |
| Defendants. ) | |

## DA-LITE SCREEN COMPANY'S NOTICE OF SERVICE OF PRELIMINARY INVALIDITY CLAIM CHARTS

Comes now, the Defendant, Da-Lite Screen Company, by counsel, and respectfully advises that its Preliminary Invalidity Claim Charts have been served upon all parties of record as required by the order entered by the Court on January 17, 2007 and the joint motion filed by the parties on January 23, 2007.

Respectfully submitted,

KATZ & KORIN, P.C.

__/s/ Marlee A. Jansen_____

Sally Franklin Zweig (Atty No. 11367-49)
Offer Korin (Atty No. 14014-49)
KATZ & KORIN, P.C.
The Emelie Building; 334 North Senate Avenue
Indianapolis, IN  46204-1708
317-464-1100 (tel.); 317-464-1111 (fax)
E-mail:  szweig@katzkorin.com
            okorin@katzkorin.com

        Thomas D. Rein
        Russell E. Cass
        Marc A. Cavan
        Marlee A. Jansen
        Sidley Austin LLP
        One South Dearborn Street,
        Chicago, Illinois  60603
        312-853-7497 (tel); 312-853-7036 (fax)
        E-mail:  trein@sidley.com
                  rcass@sidley.com
                  mcavan@sidley.com
                  mjansen@sidley.com

        ***Counsel to Defendant Da-Lite Screen Company***

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of February, 2007, a copy of the foregoing Notice of Service of Preliminary Invalidity Claim Charts was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jacob E. Miota (Draper)<br>Michael Best & Friedrich | jemiota@michaelbest.com |
| Timothy M. Hansen (Draper)<br>Michael Best & Friedrich LLP | tmhansen@michaelbest.com |
| Thomas S. Reynolds (Draper)<br>Michael Best & Friedrich LLP | tsreynolds@michaelbest.com |
| Richard H. Marschall (Draper)<br>Michael Best & Friedrich Llp | rhmarschall@michaelbest.com |
| George E. Purdy (Draper)<br>Bose McKinney & Evans LLP | gpurdy@boselaw.com |
| Charles J. Crueger (Draper)<br>Michael Best & Friedrich LLP | cjcrueger@michaelbest.com |
| Melanie J. Reichenberger (Draper)<br>Michael Best & Friedrich LLP | mjreichenberger@michaelbest.com |
| Steven C. Coffaro (Stewart)<br>Keating Muething & Klekamp PLL | scoffaro@kmklaw.com |
| Richard L. Creighton (Stewart)<br>Keating Muething & Klekamp PLL | rcreighton@kmklaw.com |
| Donald E. Hasse (Stewart)<br>Hasse & Nesbitt LLC | deh@hn-iplaw.com |
| Thomas D. Rein (Da-Lite)<br>Sidley Austin LLP | trein@sidley.com |
| Russell E. Cass (Da-Lite)<br>Sidley Austin LLP | rcass@sidley.com |
| Marc A. Cavan (Da-Lite)<br>Sidley Austin, LLP | mcavan@sidley.com |
| Marlee A. Jansen (Da-Lite)<br>Sidley Austin LLP | mjansen@sidley.com |
| Sally Franklin Zweig (Da-Lite)<br>Katz & Korin, PC | szweig@katzkorin.com |
| Offer Korin (Da-Lite)<br>Katz & Korin, PC | okorin@katzkorin.com |

                                        ___/s/ Marlee A. Jansen_____
                                              Marlee A. Jansen