IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DRAPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> DA-LITE SCREEN COMPANY and STEWART FILMSCREEN CORPORATION, <br><br> Defendants. | Case No. 1:06-cv-0808-RLY-WTL |

### ORDER FOR DISMISSAL

IT IS HEREBY ORDERED that all claims and counterclaims relating to the disputes between Plaintiff Draper, Inc. ("Draper") and Defendant Da-Lite Screen Company ("Da-Lite") are hereby dismissed with prejudice.  Draper and Da-Lite are to each bear their own costs and fees.  The clerk of the court is directed to enter judgment accordingly.

Dated: 03/27/2008

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana